CHERYL D. ORR (SBN 143196)
cheryl.orr@faegredrinker.com
KEVIN HA (SBN 322252)
kevin.ha@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:    +1 415 591 7500
Facsimile:     +1 415 591 7510

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Seung Yang (State Bar No. 249857)
E-mail: seung.yang@thesentinelfirm.com
Brett M. Gunther (State Bar No. 306448)
E-mail: brett.gunther@thesentinelfirm.com
Emily Rivadeneira (State Bar No. 354395)
E-mail: emily.rivadeneira@thesentinelfirm.com
The Sentinel Firm, APC
355 S. Grand Ave., Suite 1450
Los Angeles, California 90071
Tel: (213) 985-1150
Fax: (213) 985-2155

Attorneys for Plaintiff
KIARA JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-02254-DJC-JDP<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO COMPLETE DISCOVERY** |

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1

CASE NO. 2: 2:24-CV-02254-DJC-JDP

1   Plaintiff Kiara Johnson, and Defendant Amazon.com Services LLC (collectively, the
2   "Parties"), through their respective counsel, hereby submit the following stipulation:
3   WHEREAS, the Court set this matter for trial on May 18, 2026, in its Scheduling Order
4   dated October 22, 2024 (ECF No. 7) ("Scheduling Order");
5   WHEREAS, the Scheduling Order provides that all discovery, including depositions, must
6   be completed no later than May 16, 2025;
7   WHEREAS, the Parties have exchanged an initial round of written discovery and are
8   actively meeting and conferring regarding their respective responses;
9   WHEREAS, the Parties are engaged in ongoing settlement discussions and believe that
10  additional time would allow them to meaningfully explore resolution before incurring the time
11  and expense of further discovery;
12  WHEREAS, the Parties agree that an extension of the discovery deadline would promote
13  efficiency and conserve judicial and party resources, while also ensuring that discovery can be
14  completed if settlement efforts are ultimately unsuccessful;
15  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:
16  1.   The current discovery cutoff of May 16, 2025, shall be extended by 30 days to
17  June 15, 2025, or such other date as the Court deems appropriate.
18  2.   All other dates in the Scheduling Order shall remain unchanged, unless and until
19  otherwise modified by the Court.
20  3.   This stipulation is made without prejudice to either party's right to seek further
21  modification of the scheduling order upon good cause shown.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY
84911682.1

- 2 -

CASE NO. 2: 2:24-CV-02254-DJC-JDP

1    IT IS SO STIPULATED.

2

3   Dated: April 9, 2025                    FAEGRE DRINKER BIDDLE & REATH LLP

4

5                                           By: /s/ Cheryl D. Orr
                                                Cheryl D. Orr
6                                               Kevin Ha

7                                           Attorneys for Defendant
                                            AMAZON.COM SERVICES LLC
8

9   Dated:  April 9, 2025                   THE SENTINEL FIRM, APC

10

11                                          By: /s/ Brett M. Gunther (as authorized on 4/08/2025)
                                                Seung Yang
12                                              Brett M. Gunther
                                                Emily Rivadeneira
13

14                                          Attorneys for Plaintiff
                                            KIARA JOHNSON

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY
84911682.1

- 3 -

CASE NO. 2: 2:24-CV-02254-DJC-JDP

## ORDER

Upon consideration of the Stipulation Extending the Deadline to Complete Discovery, jointly submitted by Plaintiff Kiara Johnson, and Defendant Amazon.com Services LLC, and for good cause shown, the Court hereby ORDERS as follows:

1. The deadline to complete all discovery, currently May 16, 2025, is hereby extended to June 15, 2025.

**IT IS SO ORDERED**.

Dated:  April 9, 2025                                      /s/ Daniel J. Calabretta
                                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                                       UNITED STATES DISTRICT JUDGE

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY
84911682.1

- 4 -

Case No. 2: 2:24-cv-02254-DJC-JDP