CHERYL D. ORR (SBN 143196)
cheryl.orr@faegredrinker.com
KEVIN HA (SBN 322252)
kevin.ha@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California  94111
Telephone:     +1 415 591 7500
Facsimile:     +1 415 591 7510

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Seung Yang (State Bar No. 249857)
E-mail: seung.yang@thesentinelfirm.com
Brett M. Gunther (State Bar No. 306448)
E-mail: brett.gunther@thesentinelfirm.com
Emily Rivadeneira (State Bar No. 354395)
E-mail: emily.rivadeneira@thesentinelfirm.com
The Sentinel Firm, APC
355 S. Grand Ave., Suite 1450
Los Angeles, California 90071
Tel: (213) 985-1150
Fax: (213) 985-2155

Attorneys for Plaintiff
KIARA JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KIARA JOHNSON,<br><br>              Plaintiff,<br><br>       v.<br><br>AMAZON.COM SERVICES LLC,<br><br>              Defendant. | Case No. 2:24-cv-02254-DJC-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE DISCOVERY** |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1

CASE NO. 2: 2:24-cv-02254-DJC-JDP

1    Plaintiff Kiara Johnson, and Defendant Amazon.com Services LLC (collectively, the

2    "Parties"), through their respective counsel, hereby submit the following stipulation:

3    WHEREAS, the Court set this matter for trial on May 18, 2026, in its Scheduling Order

4    dated October 22, 2024 (ECF No. 7) ("Scheduling Order");

5    WHEREAS, the Scheduling Order provides that all discovery, including depositions, must

6    be completed no later than May 16, 2025;

7    WHEREAS, the Parties have exchanged an initial round of written discovery and are

8    actively meeting and conferring regarding their respective responses;

9    WHEREAS, the Parties engaged in ongoing settlement discussions and required

10    additional time to meaningfully explore resolution before incurring the time and expense of

11    further discovery;

12    WHEREAS, on April 9, 2025, the Parties filed a stipulation and order extending the initial

13    deadline on May 16, 2025, to complete the discovery cut-off by 30 days, making the new

14    deadline June 15, 2025 (ECF No. 12);

15    WHEREAS, the Parties' settlement efforts were ultimately unsuccessful, and the Parties

16    agree that further discovery is necessary to resolve factual disputes;

17    WHEREAS, Plaintiff conducted Defendant's Rule 30(b)(6) witnesses' depositions on

18    May 8, 2025, and concluded the sessions early while reserving the right to keep the depositions

19    open, pending further meet and confer sessions regarding the noticed topics;

20    WHEREAS, Defendant noticed Plaintiff's deposition for May 14, 2025, but the deposition

21    was taken off calendar due to Plaintiff's scheduling conflict;

22    WHEREAS, the Parties are actively engaged in discovery efforts; and

23    WHEREAS, the Parties agree that a 60-day extension if the current discovery deadline is

24    necessary to allow sufficient time to complete fact discovery; NOW, THEREFORE, the Parties

25    hereby stipulate and agree as follows:

26    1.    The current discovery cutoff of June 15, 2025, shall be extended by 60 days to

27    August 15, 2025, or such other date as the Court deems appropriate.

28    2.    All other dates in the Scheduling Order shall remain unchanged, unless and until

Drinker Biddle &
Reath LLP
Attorneys At Law
San Francisco

Stipulation and Order Extending
Deadline to Complete Discovery
84911682.1                                    - 2 -                    Case No. 2: 2:24-cv-02254-DJC-JDP

1   otherwise modified by the Court.

2       3.      This stipulation is made without prejudice to either party's right to seek further

3   modification of the scheduling order upon good cause shown.

4       IT IS SO STIPULATED.

5

6

7   Dated:  May 16, 2025                    FAEGRE DRINKER BIDDLE & REATH LLP

8

9                                           By:  */s/ Cheryl D. Orr*
                                                 Cheryl D. Orr
10                                               Kevin Ha

11                                          Attorneys for Defendant
                                            AMAZON.COM SERVICES LLC
12

13

14

15

16

17  Dated:  May 16, 2025                    THE SENTINEL FIRM, APC

18

19                                          By:  */s/ Brett M. Gunther* (as authorized on May 16, 2025)
                                                 Seung Yang
20                                               Brett M. Gunther
                                                 Emily Rivadeneira
21

22                                          Attorneys for Plaintiff
                                            KIARA JOHNSON
23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1                                  - 3 -           CASE NO. 2: 2:24-CV-02254-DJC-JDP

## ORDER

Upon consideration of the Stipulation Extending the Deadline to Complete Discovery, jointly submitted by Plaintiff Kiara Johnson, and Defendant Amazon.com Services LLC, and for good cause shown, the Court hereby ORDERS as follows:

1.    The deadline to complete all discovery, currently June 15, 2025, is hereby extended to August 15, 2025.

**IT IS SO ORDERED**.

Dated:  May 16, 2025                     /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1                  - 4 -                  CASE NO. 2: 2:24-CV-02254-DJC-JDP