1  CHERYL D. ORR (SBN 143196)
   cheryl.orr@faegredrinker.com
2  KEVIN HA (SBN 322252)
   kevin.ha@faegredrinker.com
3  FAEGRE DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
4  San Francisco, California 94111
   Telephone:     +1 415 591 7500
5  Facsimile:     +1 415 591 7510

6  Attorneys for Defendant
   AMAZON.COM SERVICES LLC
7
   Seung Yang (State Bar No. 249857)
8  E-mail: seung.yang@thesentinelfirm.com
   Brett M. Gunther (State Bar No. 306448)
9  E-mail: brett.gunther@thesentinelfirm.com
   Emily Rivadeneira (State Bar No. 354395)
10 E-mail: emily.rivadeneira@thesentinelfirm.com
   The Sentinel Firm, APC
11 355 S. Grand Ave., Suite 1450
   Los Angeles, California 90071
12 Tel.: (213) 985-1150
   Fax: (213) 985-2155
13
   Attorneys for Plaintiff Kiara Johnson
14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  KIARA JOHNSON, an individual, | Case No. 2:24-CV-02254-DJC-JDP |
| 19  Plaintiff, | [Sacramento Superior Court Case No.: 24CV014086] |
| 20  v. | |
| 21  AMAZON.COM SERVICES LLC, a limited liability company; and DOES 1-25, inclusive, | **ORDER OF DISMISSAL** |
| 22  Defendants. | |
| 23 | Judge:    Hon. Daniel J. Calabretta |
| 24 | Complaint Filed:  July 16, 2024 |
| 25 | Removal Date:    August 19, 2024 |
|    | Trial Date:      None Set |

26

27

28

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As agreed to by the parties, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 29, 2025       /s/ Daniel J. Calabretta
                           THE HONORABLE DANIEL J. CALABRETTA
                           UNITED STATES DISTRICT JUDGE